WESTERN DIST.

*Oct.* 1838.

SHIFF
*vs.*
HERTZOGG.

---

## SHIFF *vs.* HERTZOGG.

APPEAL FROM THE COURT OF THE SIXTH JUDICIAL DISTRICT, FOR THE PARISH OF NATCHITOCHES, THE JUDGE OF THE DISTRICT PRESIDING.

If after prescription has run, the maker of a note, in a letter to the holder of it, acknowledges the existence of the debt, but says a prolongation of the time of payment had been allowed him, it will take the case out of prescription.

This is an action on a promissory note, executed and signed by the defendant, the 16th August, 1822, for four hundred and one dollars, payable in all the month of March.

WESTERN DIST.
Oct. 1838.

SHIFF
vs.
HERTZOGG.

1823. The note was protested for non-payment, the 4th April, 1823. Suit was brought and citation served the 8th May, 1838. The defendant pleaded the prescription of five years.

The plaintiff offered the note and protest in evidence; and also a letter from the defendant, in which he acknowledged the debt; dated 16th February, 1834.

Upon this evidence, the district judge gave judgment for the plaintiff, from which the defendant appealed.

*Sherburne*, for the plaintiff.

*Carleton, J.*, delivered the opinion of the court.

This suit was instituted on the 2d day of May, 1838, by the endorsee of a promissory note, executed by the defendant, on the 16th August, 1822, payable in the month of March, 1823.

If after prescription has run, the maker of a note, in a letter to the holder of it, acknowledges the existence of the debt, but says a prolongation of the time of payment had been allowed him, it will take the case out of prescription.

The defendant plead the prescription of five years, which being overruled by the court, there was judgment for the plaintiff, and the defendant appealed. The plea of prescription, presents the only point for the consideration of this court.

Among the documents introduced by the plaintiff at the trial of the cause, is a letter from the defendant of the 15th February, 1834, which holds the following language : " *Vous me parlez d'un billet de* $401, *echu en mars* 1823, *dont je vous suis rederable ayant d'autres dettes resultant du malheur qui m'arriva vers cette apoque, afin de conserver au moins la chance de les payer, j'obtins de mes principaux créancier en* 1828, *neuf ou dix ans de terme, sans interet — l'intérêt de mes créanciers d'alors me fait un devoir de vous renvoyer aux epoques susdits ; j'espére que vous y consenterai,*" &c.

We think with the plaintiff's counsel, that this letter amounts to an acknowledgment of the creditor's right, and takes the note out of the prescription contended for by defendant, and that there is no error in the judgment of the court below. *Louisiana Code, article* 3486.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs.